Appeal, Third Circuit, Parish of Avoyelles. 216 So.2d 407.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

■

216 So.2d 548

**STATE of Louisiana**

**v.**

**Michel LEDENER et al.**

No. 49592.

Dec. 31, 1968.

In re: State of Louisiana applying for writs of certiorari, prohibition and mandamus.

The petition of the relator in the above entitled and numbered case having been duly considered,

It is ordered that a writ of certiorari issue herein, directing the Honorable Richard H. Gauthier, Judge of the Twenty-Fifth Judicial District, Court for the Parish of St. Bernard to transmit to the Supreme Court of Louisiana, on or before the 28th day of February, 1969, the record in duplicate, or a certified copy of the record in duplicate, of the proceedings complained of by the relator herein, to the end that the validity of said proceedings may be ascertained.

It is further ordered that the aforesaid Judge of said Court and the respondent through his attorney shall show cause, in this court, on the date aforesaid, at 11 o'clock A.M., why the relief prayed for in the petition of the relator should not be granted.